United States District Court
Southern District of Texas
**ENTERED**
May 14, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J B BLACK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-1218 |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS, | § | |
| INC.; BBVA/COMPASS BANK; | § | |
| RESURGENT CAPITAL SERVICES | § | |
| L.P.; DATAX LTD.; and CHEX | § | |
| SYSTEMS, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 50) dated March 31, 2020,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

Plaintiff retains claims against defendant DataX, Ltd. for violations of the Fair Credit Reporting Act and for invasion of privacy/false light. Defendant BBVA USA's Original Counterclaim (Docket Entry No. 48) also remains live.

---

[1]The parties filed no objections to the Memorandum and Recommendation.

The following dates are in effect: (1) motions in limine are due by June 5, 2020; (2) the joint pretrial order is due by July 6, 2020; and (3) docket call is set for July 10, 2020, at 3:00 p.m., in Courtroom 9-B, Ninth Floor, United States Courthouse, 515 Rusk Street, Houston, Texas.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, on this 14th day of May, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE